# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY RANDALL,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED NETWORK FOR ORGAN SHARING; CEDARS-SINAI MEDICAL CENTER,<br><br>    Defendants. | Case No. 2:23-cv-02576-MEMF (MAAx)<br>The Hon. Maame Ewusi-Mensah Frimpong, Ctrm.: 8B<br><br>**[PROPOSED] ORDER**<br><br><br>Discovery Cut-Off: January 9, 2025<br>Pretrial Conference: September 27, 2025<br>Trial Date:  October 6, 2025 |

# ORDER

Upon consideration of the Stipulation filed by the parties, and the Court having reviewed the stipulation and being fully advised thereupon, it is hereby ORDERED as follows:

1. The Stipulation is hereby adopted by the Court in its entirety.
2. The terms and conditions set forth in the Stipulation are incorporated by reference and shall be binding on the parties.
3. The parties are directed to comply with the provisions of the Stipulation as if set forth in full herein.

**IT IS SO ORDERED.**

Dated: 08/26/2025

Hon. Maria A. Audero
United States Magistrate Judge