UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY RANDALL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED NETWORK FOR ORGAN SHARING; CEDARS-SINAI MEDICAL CENTER,<br><br>　　　　Defendants. | Case No. 2:23-cv-02576-MEMF (MAAx)<br><br>**ORDER GRANTING THE JOINT STIPULATION AMENDING CIVIL TRIAL ORDER (ECF NOS. 49, 96) BY HOLDING PRETRIAL AND TRIAL IN ABEYANCE PENDING RESOLUTION OF SUMMARY JUDGMENT, CLASS CERTIFICATION, AND DAUBERT-RELATED MOTIONS**<br><br>Judge: Maame Ewusi-Mensah Frimpong<br>Courtroom: 8B<br><br>Discovery Cut-Off: January 9, 2025<br>Pretrial Conference: September 27, 2025<br>Trial Date:  October 6, 2025 |

3038986.1

ORDER

After full consideration of the evidence presented in the parties' Joint Stipulation Amending Civil Trial Order (ECF Nos. 49, 96) by Holding Pretrial and Trial in Abeyance Pending Resolution of Summary Judgment, Class Certification, and Daubert-related Motions, the court hereby adopts the stipulation. The Court therefore ORDERS as follows:

1. Hearings for the Summary Judgment, Class Certification, and Daubert Related Motions are taken off calendar. The Court will set these for a hearing on a future date. No appearances are required on September 11, 2025.

2. The following deadlines and events are held in abeyance until the Court issues a ruling on the Defendants' motion for summary judgment, Plaintiff's motion for class certification, Defendants' motion to exclude the testimony of David Cutler, and Plaintiff's motion for retroactive extension of time:

- Trial;
- The Final Pretrial Conference;
- Trial Filings—First Round;
- Trial Filings—Second Round;
- Meet-and-confer deadlines related to the above.

3. After the Court rules on the Defendants' motion for summary judgment, Plaintiff's motion for class certification, Defendants' motion to exclude the testimony of David Cutler, and Plaintiff's retroactive extension of time, the Court and parties will participate in a scheduling conference where the Court and parties determine mutually convenient dates for Trial, the Final Pretrial Conference, Trial Filings—First Round, Trial Filings—Second Round, and related meet-and-confer deadlines. (At that time, the Court will advise whether the First Round Trial Filings—which have already been filed—need be re-filed or supplemented.)

**IT IS SO ORDERED**.

Dated: September 8, 2025

Hon. Maame Ewusi-Mensah Frimpong
Judge, United States District Court