ELLIS GEORGE LLP
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@ellisgeorge.com
Christopher W. Arledge (State Bar No. 200767)
  carledge@ellisgeorge.com
George B. A. Laiolo (State Bar No. 329850)
  glaiolo@ellisgeorge.com
Daniel A. Contreras (State Bar No. 329632)
  dcontreras@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

KELLER ROHRBACK L.L.P.
David J. Ko, *pro hac vice*
  dko@kellerrohrback.com
Daniel P. Mensher, *pro hac vice*
  dmensher@kellerrohrback.com
1201 Third Avenue, Suite 3400
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile:  (206) 623-3384

Attorneys for Plaintiff
ANTHONY RANDALL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY RANDALL,<br><br>             Plaintiff,<br><br>      vs.<br><br>UNITED NETWORK FOR ORGAN SHARING; CEDARS-SINAI MEDICAL CENTER,<br><br>             Defendants. | Case No. 2:23-cv-02576-MEMF (MAAx)<br><br>**NOTICE REGARDING LOCAL RULE 83-9**<br><br>Judge: Maame Ewusi-Mensah Frimpong<br>Courtroom: 8B<br><br>Discovery Cut-Off: January 9, 2025<br>Pretrial Conference: September 27, 2025<br>Trial Date:  October 6, 2025 |

3062026.1

LOCAL RULE 83-9 NOTICE

Plaintiff Anthony Randall and Defendants United Network for Organ Sharing and Cedars-Sinai Medical Center file this notice to the extent it is required by Local Rule 83-9.2 (the "Notice").

Specifically, the following motions potentially implicate Local Rule 83-9.2:

- Briefing was completed on Plaintiff's Motion for Class Certification on March 17, 2025. ECF No. 122.

- Briefing was completed on Defendant's Motion to Exclude Opinions of David Cutler on May 6, 2025. ECF No. 141.

- Briefing was completed on the parties' Joint Summary Judgment on May 15, 2025. ECF No. 148.

While hearings for these motions were previously on calendar, indicating that they may be taken under submission following a future scheduled hearing, implicating the first definition of "submitted" under Local Rule 83-9.1.1(a), on September 8, 2025, the Court took these hearings off calendar. ECF No. 214. This order potentially implicated the second definition for "submitted" because "no oral argument [has been] conducted[.]" The parties understand the Court expressed an intention to set these hearings for a later date, but respectfully believe the Court's order created some ambiguity as to the proper application of Local Rules 83-9.1 and 83-9.2. The parties thus file this Notice in an abundance of caution.

Dated: October 2, 2025            ELLIS GEORGE LLP
    Matthew L. Venezia
    Christopher W. Arledge
    George B. A. Laiolo
    Daniel A. Contreras

KELLER ROHRBACK L.L.P.
    David J. Ko, *pro hac vice*
    Daniel P. Mensher, *pro hac vice*

By: *s. Matthew L. Venezia*
    Matthew L. Venezia
Attorneys for Plaintiff Anthony Randall

| | |
|---|---|
| Dated: October 2, 2025 | WINSTON & STRAWN LLP<br>Shawn R. Obi<br>Daniel M. Blouin<br>Thomas G. Weber<br><br>By: _____*s/ Daniel M. Blouin*_____<br>Daniel M. Blouin<br>Attorneys for Defendant UNITED NETWORK FOR ORGAN SHARING |
| Dated: October 2, 2025 | LEWIS BRISBOIS BISGAARD & SMITH LLP<br>Jon P. Kardassakis<br><br>By: _____*s/ Jon P. Kardassakis*_____<br>Jon P. Kardassakis<br>Attorneys for Defendant CEDARS-SINAI MEDICAL CENTER |

## **FILING ATTORNEY'S ATTESTATION OF SIGNATURES**

I, Matthew L. Venezia, attest that all other signatories listed, concur in this filing's content and have authorized this filing.

Dated: October 2, 2025                             *s/Matthew L. Venezia*
                                                                            Matthew L. Venezia