UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-02576-MEMF (MAAx) | Date | October 2, 2025 |
| Title | *Anthony Randall v. United Network for Organ Sharing* | | |

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION [DKT. NO. 81]**

Before the Court is Plaintiff Anthony Randall's Application to File Documents Under Seal in Support of Plaintiff's Motion for Class Certification. Dkt. No. 81 ("Application"). For the reasons below, the Court DENIES the Application.

The Application explains that "Plaintiff applies to file these documents under seal only because they have been designated 'Confidential'" by either Defendant in the parties' stipulated Protective Order. *Id.* at 2. Plaintiff's position is that none of the documents may properly be filed under seal, noting "'a strong presumption in favor of the public accessibility of court records.'" *Id.* (citing *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)).

It appears to this Court that the Application is not in compliance with L.R. 79-5.2.2(b), which governs documents designated by another as confidential pursuant to a Protective Order. The Rules require that the Designating Party—the "person that designated the material confidential"—file its own declaration "establishing that all or part of the designated material is sealable, by showing good cause or demonstrating compelling reasons why the strong presumption of public access in civil cases should be overcome, with citations to the applicable legal standard." L.R. 79-5.2.2(b).  Defendants have not done so here: They have filed no declaration in support of the Application. Without such a declaration, this Court cannot determine whether good cause exists to grant the Application.

/ / /
/ / /
/ / /

For the reasons outlined above, the Court hereby ORDERS that the Motion is DENIED WITHOUT PREJUDICE. Should Defendant wish for these documents to be filed under seal, it is required to file the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | 2:23-cv-02576-MEMF (MAAx) | Date | October 2, 2025 |
|---|---|---|---|
| Title | *Anthony Randall v. United Network for Organ Sharing* | | |

supporting declaration within ten (10) days.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Deputy Clerk | | DBE |