ELLIS GEORGE LLP
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@ellisgeorge.com
Christopher W. Arledge (State Bar No. 200767)
  carledge@ellisgeorge.com
George B. A. Laiolo (State Bar No. 329850)
  glaiolo@ellisgeorge.com
Daniel A. Contreras (State Bar No. 329632)
  dcontreras@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

KELLER ROHRBACK L.L.P.
David J. Ko, *pro hac vice*
  dko@kellerrohrback.com
Daniel P. Mensher, *pro hac vice*
  dmensher@kellerrohrback.com
1201 Third Avenue, Suite 3400
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile:  (206) 623-3384

Attorneys for Plaintiff
ANTHONY RANDALL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY RANDALL,<br><br>             Plaintiff,<br><br>      vs.<br><br>UNITED NETWORK FOR ORGAN SHARING; CEDARS-SINAI MEDICAL CENTER,<br><br>             Defendants. | Case No. 2:23-cv-02576-MEMF (MAAx)<br><br>**DECLARATION OF MATTHEW L. VENEZIA REGARDING ECF NO. 218**<br><br>Courtroom: 8B<br>Judge: Maame Ewusi-Mensah Frimpong<br><br>Discovery Cut-Off: January 9, 2025<br>Pretrial Conference: September 27, 2025<br>Trial Date:  October 6, 2025 |

3063662.1

DECLARATION OF MATTHEW L. VENEZIA REGARDING ECF NO. 218

**DECLARATION OF MATTHEW L. VENEZIA**

I, Matthew L. Venezia, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Ellis George LLP, counsel of record for Plaintiff in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Following entry of the Court's order at ECF No. 218, counsel for UNOS, Cedars, and for Plaintiff conferred regarding the document filed at ECF No. 82-16.

3. All parties consent to the filing of the document on the public docket, subject to one adjustment. The version of the document filed at ECF No. 82-16 contains unredacted personally identifying information related to Plaintiff.

4. Attached hereto as **Exhibit A** is a version of ECF No. 82-16 that redacts certain personally-identifying information related to Plaintiff consistent with Federal Rule of Civil Procedure 5.2, and with Mr. Randall's privacy.

Executed October 8, 2025, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*s/ Matthew L. Venezia*
Matthew L. Venezia