UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-02576-MEMF-MAA | Date | October 22, 2025 |
| Title | *Anthony Randall v. United Network for Organ Sharing et al* | | |

Present: The Honorable: Maame Ewusi-Mensah Frimpong

| Damon Berry | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

**PROCEEDINGS: (IN CHAMBERS) NOTICE REGARDING THE PARTIES' LOCAL RULE 83-9 MOTION [DKT. NO. 217]**

Before the Court is the parties' Notice Regarding Local Rule 83-9 ("Notice").

Under Local Rule 83-9, courts in the Central District "shall render and file [their] decision[s] on motions and non-jury trials within 120 days after the matter is submitted for decision." Local Rule 83-9.1. The Local Rules define a motion as "submitted for decision" as (1) the day that, following a hearing on the motion, the Court announces that a matter is submitted for decision; (2) if no hearing is held, the date the last memorandum is permitted to be filed.

The parties' Notice discusses three pending motions: Plaintiff's Motion for Class Certification (Dkt. No. 122), Defendant's Motion to Exclude Opinions of David Cutler (Dkt. No. 141), and the parties' Motion for Summary Judgment (Dkt. No. 148).

This Court previously already informed the parties that, in the interest of judicial efficiency, it intends to set hearing dates for the first two motions following the hearing on summary judgment. Dkt. No. 190. The hearing on summary judgment, previously scheduled for September 11, 2025, was taken off calendar, and this Court confirmed it intended to reset it for hearing on a future date. Dkt. No. 214. Accordingly, this Court has taken none of the motions under submission.

The Court hereby sets the Motion for Summary Judgment (Dkt. No. 148) for a hearing on November 6, 2025, at 3:00 pm, and sets the Plaintiff's Motion for Class Certification (Dkt. No. 79), Defendant's Motion to Exclude Opinions of David Cutler (Dkt. No. 105) for a hearing on December 11, 2025 at 10:00 am.

IT IS SO ORDERED.

Initials of Deputy Clerk    DBE