UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ANTHONY RANDALL, | Case No. 2:23-cv-02576-MEMF (MAAx) |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO SEAL IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |
| vs. | |
| UNITED NETWORK FOR ORGAN SHARING; CEDARS-SINAI MEDICAL CENTER, | Date:   March 27, 2025<br>Time:   10:00 AM<br>Crtrm.: 8B<br>Judge:  Maame Ewusi-Mensah Frimpong |
| Defendants. | Discovery Cut-Off: January 9, 2025<br>Pretrial Conference Date: June 26, 2025<br>Trial Date: July 15, 2025 |

ORDER

This Court is in receipt of Plaintiff's Application to File Documents Under Seal, Dkt. No. 81, as well as the Declaration of Matthew L. Venezia filed on October 8, 2025, Dkt. No. 219. This Court understands the parties have met and conferred regarding the outstanding request to seal regarding the document at Dkt. No. 82-16. The parties appear to consent to the filing of the document on the public docket, subject to limited redactions.

For good cause shown, this Court hereby ORDERS that the application to seal is GRANTED. Plaintiff is instructed to refile the redacted document at Dkt. No. 219-1 on the public docket.

Dated: October 22, 2025

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge