**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JON P. KARDASSAKIS, SB# 90602
Jon.Kardassakis@lewisbrisbois.com
ELEONORA ANTONYAN, SB# 338379
Eleonora.Antonyan@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant,
CEDARS-SINAI MEDICAL CENTER

**WINSTON & STRAWN LLP**
Daniel M. Blouin (admitted pro hac vice)
dblouin@winston.com
Thomas G. Weber (admitted pro hac vice)
tgweber@winston.com
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600

Shawn R. Obi (SBN: 288088)
sobi@winston.com
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700

Attorneys for Defendant,
UNITED NETWORK FOR ORGAN SHARING

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANTHONY RANDALL, | Case No. 2:23-CV-02576-MEMF |
| Plaintiff, | Hon. Maame Ewusi-Mensah Frimpong |
| vs. | **SUPPLEMENT TO DEFENDANTS' REQUEST FOR CLARIFICATION REGARDING DAUBERT HEARING** |
| UNITED NETWORK FOR ORGAN SHARING; CEDARS-SINAI MEDICAL CENTER, | |
| Defendants. | |

167845287.1

SUPPLEMENT TO DEFENDANTS' REQUEST FOR CLARIFICATION REGARDING DAUBERT HEARING

On November 21, 2025, Defendants United Network for Organ Sharing ("UNOS") and Cedars-Sinai Medical Center ("Cedars") submitted a request for clarification regarding the hearing on Defendants' Motion to Exclude Opinions of David Cutler (ECF 105), currently scheduled for hearing on December 11, 2025 ("Request"). ECF 220.

In relevant part, the Request stated the parties previously filed a joint stipulation (currently pending before the Court) that included Plaintiff's agreement to support Defendants' request to permit the live testimony of Mr. Gary Harvey at the hearing on Defendants' motion, and make Dr. David Cutler available for live testimony should the Court believe it helpful. See ECF 155.  The Request provided notice to the Court that Defendant Cedars' counsel was not available on December 11, 2025 and that Plaintiff had advised Defendants that Dr. Cutler was similarly unavailable.

Defendants supplement the Request to advise the Court that Cedars' counsel has resolved a conflict arising from a trial in a separate litigation and is available on December 11, 2025.

This supplement does not change the substance of the Request.  Defendants respectfully request clarification as to whether the Court intends to hear testimony during the hearing on Defendants' motion to exclude Dr. Cutler's opinions.

DATE:  December 2, 2025                LEWIS BRISBOIS BISGAARD & SMITH LLP


By: ___*/s/ Jon Kardassakis*___
Jon Kardassakis
Eleonora Antonyan
*Attorneys for Defendant Cedars-Sinai Medical Center*

DATE:  December 2, 2025			WINSTON & STRAWN LLP


By:     */s/ Daniel M. Blouin*
     *Daniel M. Blouin (Admitted pro hac vice)*
     *dblouin@winston.com*
     *Thomas G. Weber (Admitted pro hac vice)*
     *tgweber@winston.com*
     *Winston & Strawn LLP*
     *35 W. Wacker Drive*
     *Chicago, IL 60601-9703*
     *Telephone: (312) 558-5600*
     *Facsimile: (312) 558-5700*

     *Shawn R. Obi (SBN: 288088)*
     *sobi@winston.com*
     *Winston & Strawn LLP*
     *333 S. Grand Avenue*
     *Los Angeles, CA 90071-1543*
     *Telephone: (213) 615-1700*
     *Facsimile: (213) 615-1750*

     *Attorneys for Defendant United Network for Organ Sharing*

I, Jon Kardassakis, attest that all other signatories listed, concur in this filing's content and have authorized this filing.

DATE:  December 2, 2025			LEWIS BRISBOIS BISGAARD & SMITH LLP


By:     */s/ Jon Kardassakis*
     Jon Kardassakis
     Eleonora Antonyan
     *Attorneys for Defendant Cedars-Sinai Medical Center*

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, a true and correct copy of the foregoing **SUPPLEMENT TO DEFENDANTS' REQUEST FOR CLARIFICATION REGARDING DAUBERT HEARING** was filed electronically with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed on the CM/ECF System. Parties may access this filing through the Court's electronic filing system.

DATE: December 2, 2025         LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/ Jon Kardassakis*
      Jon Kardassakis
      Eleonora Antonyan
      *Attorneys for Defendant Cedars-Sinai Medical Center*

