**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JON P. KARDASSAKIS, SB# 90602
   E-Mail: Jon.Kardassakis@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant,
CEDARS-SINAI MEDICAL CENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANTHONY RANDALL,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNITED NETWORK FOR ORGAN SHARING; CEDARS-SINAI MEDICAL CENTER,<br><br>          Defendants. | Case No. 2:23-CV-02576-MEMF (MAAx)<br><br>Judge:  Maame Ewusi-Mensah Frimpong<br><br>JOINT STIPULATION TO CONTINUE HEARING DATE ON MOTION FOR CLASS CERTIFICATION<br>[ECF. NO. 79] |

1.     On December 3, 2025 the Court, on its own motion, continued the hearing on Plaintiff's Motion for Class Certification (Dkt. No. 79) to January 15, 2026.  (Dkt. No. 226.)

2.     Defendant Cedars-Sinai Medical Center's counsel Jon Kardassakis has a conflict on January 15, 2026 as he commenced trial in *Tamika Simmons et al. v. Loma Linda University Shared Services*, San Bernardino County Superior Court case no. CIVDS2009499 on December 1, 2025. The trial paused and is scheduled to resume on January 12, 2026 and is anticipated to last two weeks.

/ / /

/ / /

/ / /

3. The parties in this action have met and conferred and jointly stipulate and request that the Court continue the hearing on Plaintiff's Motion for Class Certification (Dkt. No. 79) to a date convenient for the court in the first two weeks of February or the earliest date thereafter that is convenient for the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: December 30, 2025     ELLIS GEORGE LLP
　　　　　　　　　　　　　　　　Matthew L. Venezia
　　　　　　　　　　　　　　　　George B. A. Laiolo
　　　　　　　　　　　　　　　　Andrew R. Iglesias

　　　　　　　　　　　　　　By:　/s/ *Matthew L. Venezia*
　　　　　　　　　　　　　　　　Matthew L. Venezia
　　　　　　　　　　　　　　　　Attorneys for Plaintiff Anthony Randall

Date: December 30, 2025     WINSTON & STRAWN LLP
　　　　　　　　　　　　　　　　Daniel M. Blouin
　　　　　　　　　　　　　　　　Thomas G. Weber
　　　　　　　　　　　　　　　　Shawn R. Obi

　　　　　　　　　　　　　　By:　/s/ *Daniel M. Blouin*
　　　　　　　　　　　　　　　　Daniel M. Blouin (pro hac vice)
　　　　　　　　　　　　　　　　Attorneys for Defendant United Network for Organ Sharing

Date: December 30, 2025     LEWIS BRISBOIS BISGAARD & SMITH LLP
　　　　　　　　　　　　　　　　Jon P. Kardassakis

　　　　　　　　　　　　　　By:　/s/ *Jon P. Kardassakis*
　　　　　　　　　　　　　　　　Jon P. Kardassakis
　　　　　　　　　　　　　　　　Attorneys for Defendant Cedars-Sinai Medical Center

/ / /
/ / /
/ / /

## **ATTESTATION**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 30, 2025        LEWIS BRISBOIS BISGAARD & SMITH LLP
                                Jon P. Kardassakis

                                By:    /s/ *Jon P. Kardassakis*
                                Jon P. Kardassakis
                                Attorneys for Defendant Cedars-Sinai Medical Center



169007065.1                     3                Case No. 2:23-CV-02576-MEMF (MAAx)
**JOINT STIPULATION TO CONTINUE HEARING DATE ON MOTION FOR CLASS CERTIFICATION [ECF. NO. 79]**