UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANTHONY RANDALL,<br><br>      Plaintiff,<br><br>      vs.<br><br>UNITED NETWORK FOR ORGAN SHARING and CEDARS-SINAI MEDICAL CENTER,<br><br>      Defendants. | Case No. 2:23-CV-02576-MEMF (MAAx)<br><br>Judge: Maame Ewusi-Mensah Frimpong<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE ON MOTION FOR CLASS CERTIFICATION [DKT. NO. 233]** |

Pursuant to the Joint Stipulation submitted by Plaintiff Anthony Randall ("Plaintiff") and Defendants United Network for Organ Sharing and Cedars-Sinai Medical Center ("Defendants"), good cause appearing, the hearing on Plaintiff's Motion for Class Certification (Dkt. No. 79), continued by the Court to January 15, 2026 (Dkt. No. 226), is continued to Thursday, February 12, 2026.

<strong>IT IS SO ORDERED</strong>

Date: January 6, 2026

_____

Maame Ewusi-Mensah Frimpong
United States District Court Judge