UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-02576-MEMF-MAAx | Date | December 11, 2025 |
| Title | Anthony Randall v. United Network for Organ Sharing et al | Page | 1 of 1 |

Present: The Honorable **MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE**

| Damon Berry | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Matthew Lawrence Venezia | Daniel M. Blouin |
| | Jon P. Kardassakis |

**Proceedings: DEFENDANT'S MOTION TO EXCLUDE [105]**

The case is called, and counsel states their appearances. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED.**