ELLIS GEORGE LLP
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@ellisgeorge.com
Christopher W. Arledge (State Bar No. 200767)
  carledge@ellisgeorge.com
George B. A. Laiolo (State Bar No. 329850)
  glaiolo@ellisgeorge.com
Daniel A. Contreras (State Bar No. 329632)
  dcontreras@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

KELLER ROHRBACK L.L.P.
David J. Ko, *pro hac vice*
  dko@kellerrohrback.com
Daniel P. Mensher, *pro hac vice*
  dmensher@kellerrohrback.com
1201 Third Avenue, Suite 3400
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile:  (206) 623-3384

Attorneys for Plaintiff
ANTHONY RANDALL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY RANDALL, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED NETWORK FOR ORGAN SHARING; CEDARS-SINAI MEDICAL CENTER, <br><br> Defendants. | Case No. 2:23-cv-02576-MEMF (MAAx) <br><br> The Hon. Maame Ewusi-Mensah Frimpong, Ctrm.: 8B <br><br> **NOTICE REGARDING TENTATIVELY SEALED SUMMARY JUDGMENT ORDER** |

Pursuant to Local Rule 79.5.2.2, Plaintiff Anthony Randall and Defendants United Network for Organ Sharing and Cedars-Sinai Medical Center (collectively, the "Parties") have met and conferred regarding which portions, if any, of the Court's Order on Defendants' Motion for Summary Judgment (ECF No. 244) should be sealed. Having considered the Court's Order, the Parties agree that no portions of the Order need be sealed and the entirety of the Order may be filed publicly on the Court's docket.

Dated:  February 26, 2026

ELLIS GEORGE LLP
    Matthew L. Venezia
    Christopher W. Arledge
    George B. A. Laiolo
    Daniel A. Contreras

KELLER ROHRBACK L.L.P.
    David J. Ko, *pro hac vice*
    Daniel P. Mensher, *pro hac vice*

By:     s/ *George Laiolo*
       George Laiolo
Attorneys for Plaintiff Anthony Randall