ELLIS GEORGE LLP
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@ellisgeorge.com
Christopher W. Arledge (State Bar No. 200767)
  carledge@ellisgeorge.com
George B. A. Laiolo (State Bar No. 329850)
  glaiolo@ellisgeorge.com
Daniel A. Contreras (State Bar No. 329632)
  dcontreras@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

KELLER ROHRBACK L.L.P.
David J. Ko, *pro hac vice*
  dko@kellerrohrback.com
Daniel P. Mensher, *pro hac vice*
  dmensher@kellerrohrback.com
1201 Third Avenue, Suite 3400
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile:  (206) 623-3384

Attorneys for Plaintiff
ANTHONY RANDALL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ANTHONY RANDALL,<br><br>                   Plaintiff,<br><br>        vs.<br><br>UNITED NETWORK FOR ORGAN SHARING; CEDARS-SINAI MEDICAL CENTER,<br><br>                   Defendants. | Case No. 2:23-cv-02576-MEMF (MAAx)<br><br>The Hon. Maame Ewusi-Mensah Frimpong, Ctrm.: 8B<br><br>**NOTICE REGARDING TENTATIVELY SEALED CLASS CERTIFICATION ORDER** |

Case No. 2:23-cv-02576-MEMF (MAAx)

JOINT STATEMENT REGARDING TENTATIVELY SEALED CLASS CERTIFICATION ORDER

Pursuant to Local Rule 79.5.2.2, Plaintiff Anthony Randall and Defendants United Network for Organ Sharing and Cedars-Sinai Medical Center (collectively, the "Parties") have met and conferred regarding which portions, if any, of the Court's Order on Plaintiffs' Motion for Class Certification (ECF No. 253) should be sealed. Having considered the Court's Order, the Parties agree that no portions of the Order need be sealed and the entirety of the Order may be filed publicly on the Court's docket.

Dated: April 3, 2026

ELLIS GEORGE LLP
Matthew L. Venezia
Christopher W. Arledge
George B. A. Laiolo
Daniel A. Contreras

KELLER ROHRBACK L.L.P.
David J. Ko, *pro hac vice*
Daniel P. Mensher, *pro hac vice*


By:     s/ *George Laiolo*
George Laiolo
Attorneys for Plaintiff Anthony Randall

3130657

JOINT STATEMENT REGARDING TENTATIVELY SEALED CLASS CERTIFICATION ORDER