ELLIS GEORGE LLP
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@ellisgeorge.com
Christopher W. Arledge (State Bar No. 200767)
  carledge@ellisgeorge.com
George B. A. Laiolo (State Bar No. 329850)
  glaiolo@ellisgeorge.com
Daniel A. Contreras (State Bar No. 329632)
  dcontreras@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

KELLER ROHRBACK L.L.P.
David J. Ko, *pro hac vice*
  dko@kellerrohrback.com
Daniel P. Mensher, *pro hac vice*
  dmensher@kellerrohrback.com
1201 Third Avenue, Suite 3400
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile:  (206) 623-3384

Attorneys for Plaintiff
ANTHONY RANDALL

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ANTHONY RANDALL,<br><br>                 Plaintiff,<br><br>        vs.<br><br>UNITED NETWORK FOR ORGAN SHARING; CEDARS-SINAI MEDICAL CENTER,<br><br>                 Defendants. | Case No. 2:23-cv-02576-MEMF (MAAx)<br><br>**JOINT STIPULATION PROPOSING NEW PRETRIAL AND TRIAL DATES**<br><br>Date:      April 8, 2026<br>Ctrm:      8B<br>Judge:     Maame Ewusi-Mensah Frimpong<br><br>Discovery Cut-Off: January 9, 2025<br>Pretrial Conference: Subject to Proposal<br>Trial Date: Subject to Proposal |

The Court previously held all pretrial and trial dates in abeyance pending the Court's resolution of several motions, all of which have now been resolved. *See* ECF No. 214 at 2. In the Court's March 25, 2026 order granting class certification, the Court ordered the parties to meet and confer and file a joint stipulation proposing a set of new pretrial and trial dates. ECF No. 253 at 21.

Consistent with the Court's orders, counsel for Plaintiff and for Defendants UNOS and Cedars-Sinai met and conferred via videoconference on Friday, April 3, 2026, and across following dates via email correspondence. Pursuant to those discussions Plaintiff, on the one hand, and Defendants UNOS and Cedars-Sinai, on the other hand, below propose competing sets of pretrial and trial dates for the Court's consideration. Both sides believe the trial will take roughly three weeks to complete and recognize that the final schedule will depend upon the Court's availability. Accordingly, the parties have reached out to the Court's deputy via email to gauge the Court's windows of availability for a three-week trial beginning as early as November 15, 2026, and ending as late as December 15, 2026; or, beginning January 12, 2027.

Plaintiff's proposed dates occur roughly 28 days prior to Defendants'. Plaintiff believes class discovery, pretrial obligations, and trial can all be completed by December 15, 2026. Plaintiff additionally wishes to avoid trying the case between December 16, 2026, and January 11, 2027, because the holidays will likely significantly impact witness availability.  Defendants believe class discovery will require additional time. Relatedly, the Defendants believe the Plaintiff has not presented a viable method to identify members of the certified classes in this case. Defendants expressly reserve the right to challenge Plaintiff's forthcoming list of class members. In addition to challenges associated with class member identification, Defendants believe their proposed schedule is necessary to allow sufficient time for submission, hearing and ruling on Defendants' forthcoming second motion for summary judgment relating to Article III standing. Plaintiff objected to Defendants inserting arguments in this scheduling stipulation concerning Plaintiff's ability to identify class members. The Court already granted class certification, Plaintiff explained how class members would be identified in his class certification briefing, and the class definitions make identifying class members straightforward.

The competing scheduling proposals are as follows:

JOINT STIPULATION PROPOSING NEW PRETRIAL AND TRIAL DATES

**Competing Proposed Pretrial and Trial Deadlines**

| Events | **Plaintiff's** Proposed Dates |
|---|---|
| Complete Class Discovery | June 8, 2026 |
| Disseminate Class Notice | July 29, 2026 |
| Deadline for Class Members to Opt Out | September 9, 2026 |
| Trial Filings—First Round | September 16, 2026 |
| Trial Filings—Second Round | September 30, 2026 |
| Final Pretrial Conference | October 14, 2026 |
| Trial | November 2, 2026, 8:30 AM |

| Events | **Defendants'** Proposed Dates |
|---|---|
| Deadline to Complete Efforts to Identify Class Members | June 17, 2026 |
| Parties to Submit to the Court Joint (or if Necessary Separate) Proposed Notice Form and Class Notice Plan | July 1, 2026 |
| Deadline to Complete Dissemination of Class Notice | August 12, 2026 |
| Deadline for Class Members to Opt Out of Class | September 23, 2026 |
| Submission of Round 1 Revised Pretrial Filings | October 7, 2026 |
| Submission of Round 2 Revised Pretrial Filings | October 21, 2026 |

JOINT STIPULATION PROPOSING NEW PRETRIAL AND TRIAL DATES

| Final Pretrial Conference | November 11, 2026 |
|---|---|
| Trial | November 30, 2026 |

Additionally, for the Court's awareness, Defendants will be filing with the Ninth Circuit, pursuant to Federal Rule of Civil Procedure 23(f), a Petition to Appeal this Court's Class Certification Order. Plaintiff will oppose the petition and any related request to stay this action related thereto.

Dated: April 8, 2026

ELLIS GEORGE LLP
    Matthew L. Venezia
    Christopher W. Arledge
    George B. A. Laiolo
    Daniel A. Contreras

KELLER ROHRBACK L.L.P.
    David J. Ko, *pro hac vice*
    Daniel P. Mensher, *pro hac vice*

By: _____*s/Matthew L. Venezia*_____
    Matthew L. Venezia
Attorneys for Plaintiff Anthony Randall

Dated: April 8, 2026

WINSTON & STRAWN LLP
    Shawn R. Obi
    Daniel M. Blouin
    Thomas G. Weber

By: _____*s/Daniel M. Blouin*_____
    Daniel M. Blouin
Attorneys for Defendant UNITED NETWORK FOR ORGAN SHARING

Dated: April 8, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP
    Jon P. Kardassakis
    Danielle E. Stierna

By: _____*s/Jon P. Kardassakis*_____
    Jon P. Kardassakis
Attorneys for Defendant CEDARS-SINAI MEDICAL CENTER

## **ATTESTATION**

All other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated:  April 8, 2026

*s/ Matthew L. Venezia*
Matthew L. Venezia
Attorney for Plaintiff Anthony Randall

3132224.1

JOINT STIPULATION PROPOSING NEW PRETRIAL AND TRIAL DATES