**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Jon P. Kardassakis, SB# 90602
  E-Mail: Jon.Kardassakis@lewisbrisbois.com
Eleonora Antonyan, SB# 338379
  E-Mail: Eleonora.Antonyan@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant,
CEDARS-SINAI MEDICAL CENTER

**WINSTON TAYLOR LLP**
Daniel M. Blouin (admitted pro hac vice)
dan.blouin@winstontaylor.com
Thomas G. Weber (admitted pro hac vice)
thomas.weber@winstontaylor.com
Winston Taylor LLP
300 N LaSalle Dr, Ste, 4400
Chicago, IL 60654
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Shawn R. Obi (SBN: 288088)
shawn.obi@winstontaylor.com
Winston Taylor LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant,
UNITED NETWORK FOR ORGAN SHARING

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANTHONY RANDALL, <br><br>        Plaintiff, <br><br>       vs. <br><br> UNITED NETWORK FOR ORGAN SHARING and CEDARS-SINAI MEDICAL CENTER, <br><br>        Defendants. | Case No. 2:23-CV-02576-MEMF <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> **JOINT SUMMARY JUDGMENT EVIDENTIARY APPENDIX** <br><br> DATE:   October 8, 2026 <br> TIME:   10:00 AM <br> CTRM:  8B |

181053845.2

JOINT SUMMARY JUDGMENT EVIDENTIARY INDEX

Pursuant to Judge Frimpong's Civil Standing Order, the Parties hereby submit this Joint Summary Judgment Evidentiary Appendix:

| Declaration | Exhibit | Description |
|---|---|---|
| Blouin Decl. | | Declaration of Daniel M. Blouin |
| | Blouin Decl. Ex. A | A true and correct list of the 222 Black patients who were registered on the kidney transplant waitlist in California and who received a wait time adjustment but who did not match in any match runs and thus were not included in Cutler's analysis. |
| | Blouin Decl. Ex. B | A true and correct list of the additional 103 Black patients who were registered on the kidney transplant waitlist in California and who received a wait time adjustment but who had "zeros" across each of Cutler's four metrics. |
| | Blouin Decl. Ex. C | A true and correct list of the 808 Black patients who were registered on the kidney transplant waitlist in California and who received a wait time adjustment but who would not have been offered a kidney "with certainty," according to Cutler's analysis (Metric 3). |
| | Blouin Decl. Ex. D | A true and correct copy of excerpts from the medical records of Patient 1631281, produced by Cedars at CSMC 010854. |
| | Blouin Decl. Ex. E | A true and correct copy of excerpts from the medical records of Patient 1631281, produced by Cedars at CSMC 006032. |
| | Blouin Decl. Ex. F | A true and correct copy of excerpts from the medical records of Patient 1637555, produced by Cedars at CSMC 011244. |

| Declaration | Exhibit | Description |
|---|---|---|
| | Blouin Decl. Ex. G | A true and correct copy of excerpts from the medical records of Patient 1637555, produced by Cedars at CSMC 006036. |
| | Blouin Decl. Ex. H | A true and correct copy of excerpts from the medical records of Patient 1566689, produced by Cedars at CSMC 010102. |
| | Blouin Decl. Ex. I | A true and correct copy of excerpts from the medical records of Patient 1566689, produced by Cedars at CSMC 006011. |
| | Blouin Decl. Ex. J | A true and correct copy of excerpts from the medical records of Patient 1255638, produced by Cedars at CSMC 007179. |
| | Blouin Decl. Ex. K | A true and correct copy of excerpts from the medical records of Patient 1255638, produced by Cedars at CSMC 005936. |
| | Blouin Decl. Ex. L | A true and correct copy of excerpts from the medical records of Patient 1662895, produced by Cedars at CSMC 012705. |
| | Blouin Decl. Ex. M | A true and correct copy of excerpts from the medical records of Patient 1662895, produced by Cedars at CSMC 006057. |
| | Blouin Decl. Ex. N | A true and correct copy of excerpts from the medical records of Patient 1684727, produced by Cedars at CSMC 013119. |

181053845.2  3003972.1

2

| Declaration | Exhibit | Description |
|---|---|---|
|  | Blouin Decl. Ex. O | A true and correct copy of excerpts from the medical records of Patient 1684727, produced by Cedars at CSMC 006079. |
|  | Blouin Decl. Ex. P | A true and correct copy of excerpts from the medical records of Patient 1701672, produced by Cedars at CSMC 013522. |
|  | Blouin Decl. Ex. Q | A true and correct copy of excerpts from the medical records of Patient 1701672, produced by Cedars at CSMC 006088. |
| Farrell Decl. |  | Declaration of Margaret Farrell |
|  | Farrell Decl. Ex. 1 | Cedars Kidney Transplant Selection Policy effective 5/29/2018 |
|  | Farrell Decl. Ex. 2 | 7/29/20 Outpatient Consultation: Kidney Transplant for Cedars patient identified as Patient 1592512 [redacted]. |
|  | Farrell Decl. Ex. 3 | GFR scores for Patient 1592512 [redacted]. |
|  | Farrell Decl. Ex. 4 | 10/16/20 Telephone Encounter re: Patient 1592512 started dialysis [redacted]. |
|  | Farrell Decl. Ex. 5 | eGFR Waiting Time Modification Form for Patient 1592512 [redacted]. |
|  | Farrell Decl. Ex. 6 | Two pages (page 26 and 40) of 8/6/2021 referral from Kaiser Permanent to Cedars, including a Nephrology Pre Transplant Evaluation Note and lab scores [redacted]. |
|  | Farrell Decl. Ex. 7 | EGFR Kidney Waiting Time Modification Form for Patient 1789614 [redacted]. |

181053845.2 3003972.1

JOINT SUMMARY JUDGMENT EVIDENTIARY INDEX

| Declaration | Exhibit | Description |
|---|---|---|
| | Farrell Decl. Ex. 8 | 11/27/2017 Telephone Encounter re: Patient 1548142 will quit smoking [redacted]. |
| | Farrell Decl. Ex. 9 | 8/22/2019 referral from DaVita Airport Sunrise Dialysis Center re: Patient 1548142 re-referred as had quit smoking, ready for transplant, commenced regular chronic dialysis [5 pages, redacted]. |
| | Farrell Decl. Ex. 10 | 2/19/2020 Kidney Transplant Social Worker Assessment re: Patient 1548142 "started to complete his work-up items" but during initial evaluation "expressed ambivalence regarding transplantation" Reassessed motivation [redacted]. |
| | Farrell Decl. Ex. 11 | 3/25/2020 Kidney Transplant Social Worker Assessment re: follow-up call to Patient 1548142 to assess the patient's post-transplant care giver plan [redacted]. |
| | Farrell Decl. Ex. 12 | eGFR Kidney Waiting Time Modification Form for Patient 1548142 [redacted]. |
| | Farrell Decl. Ex. 13 | 1/2/2019 fax from Lompoc Artificial Kidney Center re: on 10/17/2018 Patient 1573124 was seen at Santa Barbara Cottage Hospital [redacted]. |
| | Farrell Decl. Ex. 14 | 1/15/2020  Kidney Transplant Adult Consultation re: Initial Comprehensive Pre-Kidney Transplant Evaluation for Patient 1573124 [redacted]. |
| | Farrell Decl. Ex. 15 | 3/25/2020 Telephone encounter re: Patient 1573124  "has not completed any exams and stated due to covid 19 everything is closed. Pt stated she will reach out once she is able to get some tests scheduled" [redacted]. |

181053845.2  3003972.1

4

JOINT SUMMARY JUDGMENT EVIDENTIARY INDEX

| Declaration | Exhibit | Description |
|---|---|---|
| | Farrell Decl. Ex. 16 | 6/22/2020 Telephone encounter with Patient 1573124 who "has not completed any exams" and "went over the ones she is still pending" [redacted]. |
| | Farrell Decl. Ex. 17 | eGFR Kidney Waiting Time Modification Form for Patient 1573124 re: Cedars listed the patient for transplant on 1/4/21 after the patient started dialysis on 10/18/18 [redacted]. |
| | Farrell Decl. Ex. 18 | Cedars Kidney Transplant Selection Policy effective 7/17/2023 |
| | Farrell Decl. Ex. 19 | 12/22/2021 Ineligibility Note - Pre-Transplant New Eval: Unsuitable Candidate due to BMI re: Patient 1789614 [redacted]. |
| | Farrell Decl. Ex. 20 | 12/5/2023 Outpatient Kidney Transplant Consultation re: Patient 1789614 registered for transplant after losing weight[redacted]. |
| Venezia Decl. | | Declaration of Matthew L. Venezia |
| | Venezia Decl. Ex. 1 | Meeting minutes from a March 29, 2021 UNOS committee workgroup dubbed Reassess Race in Estimated Glomerular Filtration Rate (eGFR) Calculation. |
| | Venezia Decl. Ex. 2 | Excerpts from the March 10, 2025 deposition of Irene Kim. |
| | Venezia Decl. Ex. 3 | Defendant Cedars-Sinai's Rule 26 Initial Disclosures. |
| | Venezia Decl. Ex. 4 | A June 5, 2026 email from counsel for Cedars-Sinai. |

181053845.2 3003972.1

5

JOINT SUMMARY JUDGMENT EVIDENTIARY INDEX

| Declaration | Exhibit | Description |
|---|---|---|
|  | Venezia Decl. Ex. 5 | Defendant Cedars-Sinai's March 18, 2024 responses to Plaintiff's Requests for Production of Documents, Set One. |
|  | Venezia Decl. Ex. 6 | The November 26, 2024 Declaration of Margaret Farrell. |
| Kardassakis Decl. |  | Declaration of Jon Kardassakis |
|  | Kardassakis Decl. Ex. 1 | Email correspondence from Mr. Contreras dated June 9, 2026. |
|  | Kardassakis Decl. Ex. 2 | Plaintiff's Noitce [sic] of 30(b)(6) Deposition of Defendant Cedars-Sinai Medical Center. |
|  | Kardassakis Decl. Ex. 3 | Plaintiff's Amended Noitce [sic] of 30(b)(6) Deposition of Defendant Cedars-Sinai Medical Center. |
|  | Kardassakis Decl. Ex. 4 | Email chain that includes Mr. Contreras' June 9, 2026 email, Mr. Kardassakis' June 17, 2026 email to Mr. Contreras, Mr. Contreras' June 22, 2026 email, Mr. Kardassakis' June 23, 2026 email to Mr. Contreras, Mr. Contreras' two June 23, 2026 emails, and Mr. Contreras' August 3, 2026 email. |

Dated:  August 5, 2026

JON KARDASSAKIS
ELEONORA ANTONYAN
LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   /s/ Jon Kardassakis
JON KARDASSAKIS
Attorneys for Defendant,
CEDARS-SINAI MEDICAL CENTER

Dated:  August 5, 2026

DANIEL M. BLOUIN
SHAWN R. OBI
WINSTON TAYLOR LLP

By:   /s/ Daniel M. Blouin
DANIEL M. BLOUIN
Attorneys for Defendant, UNITED NETWORK
FOR ORGAN SHARING

Dated:  August 5, 2026

WATSTEIN TEREPKA LLP
Matthew L. Venezia
George Laiolo
Daniel Contreras
Corine White

KELLER ROHRBACK L.L.P.
David J. Ko
Daniel P. Mensher

/s/ Matthew L. Venezia
By:   Matthew L. Venezia
Attorneys for Plaintiff Anthony Randall

181053845.2 3003972.1

7

JOINT SUMMARY JUDGMENT EVIDENTIARY INDEX