# EXHIBIT 1



# POLICY

**Effective Date: 05/29/2018**
**Last Review Date: 05/29/2018**

## Title: Kidney Transplant Selection Policy

**Home Department:  Full Department Name**

**IMPORTANT NOTICE:**
**The official version of this document is contained in the Policy and Procedure Manager (PPM) and may have been revised since the document was printed.**

## OVERVIEW

The Cedars-Sinai Patient Selection Committee determines the suitability of candidates for kidney transplantation.  Decisions of the committee are made by consensus.  Led by a physician, the team reviews the clinical findings from the evaluation to determine whether the patient meets the criteria for transplantation. The committee determines if the patient can reasonably be expected to adhere to a long-term disciplined medical regimen following transplantation. If there is no contraindication to transplantation the patient will then be accepted by the committee for transplant.

Patients accepted by the selection committee are added to the waitlist in accordance with UNOS guidelines. The patient, referring physician and dialysis unit (if applicable) will be notified of the Selection Committee's decision within 10 days.

## PROCEDURE

1.  Assess the potential  candidate for the following inclusion criteria:

    a.  Age $\leq$ 80 years (at estimated transplant date)

    b.  Chronic Kidney Disease Stages IV or V

### Table 10. Stages of Chronic Kidney Disease

| Stage | Description | GFR (mL/min/1.73 m$^2$) |
|---|---|---|
| 1 | Kidney damage with normal or ↑ GFR | ≥90 |
| 2 | Kidney damage with mild ↓ GFR | 60–89 |
| 3 | Moderate ↓ GFR | 30–59 |
| 4 | Severe ↓ GFR | 15–29 |
| 5 | Kidney failure | <15 (or dialysis) |

Chronic kidney disease is defined as either kidney damage or GFR <60 mL/min/1.73 m$^2$ for ≥3 months. Kidney damage is defined as pathologic abnormalities or markers of damage, including abnormalities in blood or urine tests or imaging studies.

https://www.kidney.org/professionals/guidelines/guidelines_commentaries

*These guidelines reflect current evidence based clinical practice.  However, they are not to be considered absolute and universal recommendations.  For individual patient application, these guidelines must be considered in light of the patient's clinical condition and latest evidence based care.*

Printed copies are for temporary reference only

| **POLICY** |  | **Effective Date: 05/29/2018**<br>**Last Review Date: 05/29/2018** |
|---|---|---|

**Title: Kidney Transplant Selection Policy**

**Home Department:  Full Department Name**

| **IMPORTANT NOTICE:**<br>The official version of this document is contained in the Policy and Procedure Manager (PPM) and may have been revised since the document was printed. |
|---|

For patients not yet on chronic dialysis, GFR is determined by calculation of the creatinine clearance, MDRD formula, Cockroft-Gault formula, or by determination of a nuclear GFR scan. Per UNOS regulation, GFR must be 20 or below to be eligible for deceased donor transplantation.  In the case of pediatric patients, there is no GFR requirement for listing eligibility.

- Patients on chronic dialysis with no expectation of recovery of renal function are by definition CKD Stage V and potential candidates for kidney transplantation.

- Patients with advanced CKD Stage III and rapidly progressive renal disease may be considered for listing on a case by case basis.

2. Assess the potential candidate for any exclusion criteria:

   a. ≥75 years of age

      - Anyone over the age of 80, in pristine health (as determined by the transplant physician), with a living donor, may be considered for evaluation, listing, or transplantation a case-by-case basis.

   b. Malignancy- as per established national guidelines and specialist recommendations.  (Please see the Israel Penn International Transplant Tumor Registry)

| Site | Waiting Time |
|---|---|
| - Bladder | per Urologic Recommendation |
| - Breast | up to 2-5 years or Recommended |
| - Colorectal | up to 5 years or Recommended |
| - Lung | per Pulmonary Recommendation |
| - Lymphoma | up to 2 years or Recommended |
| - Prostate | per Urologic Recommendation |
| - Renal | per Urologic Recommendation |
| - Skin | |
|   ◦ Melanoma | Per Dermatologist Recommendation |
|   ◦ Squamous Cell | none or Recommended |

*These guidelines reflect current evidence based clinical practice.  However, they are not to be considered absolute and universal recommendations.  For individual patient application, these guidelines must be considered in light of the patient's clinical condition and latest evidence based care.*

Printed copies are for temporary reference only

| | | |
|---|---|---|
| **POLICY** |  | **Effective Date: 05/29/2018**<br>**Last Review Date: 05/29/2018** |

**Title: Kidney Transplant Selection Policy**

**Home Department:  Full Department Name**

**IMPORTANT NOTICE:**
**The official version of this document is contained in the Policy and Procedure Manager (PPM) and may have been revised since the document was printed.**

- ° Basal Cell            none or Recommended
- Thyroid            per Endocrinologic Recommendation
- Uterus            per Gynecologic Recommendation

c. Chronic Infection

- Active, uncontrolled infections are contraindications for transplant
- Hepatitis C with cirrhosis will be considered case by case

d. Non-Adherence

- Any history of repeated medical non-adherence places a potential recipient at extremely high risk for graft loss.
- Patients found to have a history of non-adherence may be required to demonstrate a period of adherence before being placed on the waiting list.

e. Uncontrolled or Unstable Psychiatric Illness

- Organic mental syndromes, psychosis, and mental retardation of a degree that seriously impairs the patient's capacity to understand the transplantation procedure and its complications may be contraindications to transplantation.
- Patients with such a history will be carefully evaluated for their level of social support and understanding of the transplant process.

f. BMI $\geq$ 40

- Patients with a BMI > 38 at the time of referral will not be evaluated for transplant
- Patients with a BMI of >35 but <40 may be asked to lose weight or be referred to bariatric surgery prior to being activated on the waiting list.  This determination will be done on a case by case basis in consultation with the transplant surgeon, transplant nephrologist, and dietician.

g. Active substance abuse

- Patients with a chronic history of nicotine use with documented medical complications from such use may be asked to abstain from smoking and may also be required to submit to random nicotine screens.

*These guidelines reflect current evidence based clinical practice.  However, they are not to be considered absolute and universal recommendations.  For individual patient application, these guidelines must be considered in light of the patient's clinical condition and latest evidence based care.*

Printed copies are for temporary reference only

<table>
<tr><td><b>POLICY</b></td><td> CEDARS-SINAI.</td><td><b>Effective Date:</b> 05/29/2018<br><b>Last Review Date:</b> 05/29/2018</td></tr>
</table>

**Title: Kidney Transplant Selection Policy**

**Home Department:  Full Department Name**

---

**IMPORTANT NOTICE:**
The official version of this document is contained in the Policy and Procedure Manager (PPM) and may have been revised since the document was printed.

- Patients addicted to alcohol or any other drug will be asked to abstain from further use of the substance and sign an abstinence agreement.

- Patients who have a known history of substance abuse (as evidenced by positive toxicology screens or documentation in the MR) may not be considered for listing for 6 months- 1 year.

- Patients with a history of drug or alcohol abuse may undergo a psychiatric evaluation.

- Patients may be required to document attendance at a recognized addiction support group.

- Patients may be required to demonstrate a substance free period with urine and/or serum toxicology screens prior to being considered for transplantation.

h.  Potential exclusions include:

- Chronic liver disease

- Uncorrectable heart disease

- Chronic lung disease

- Severe peripheral vascular disease

    o  Patients with exclusionary disease (see above) may benefit from combined organ transplantation.  Such patients will be referred to the appropriate subspecialty physicians.

**PREPARED BY:**

- Kathryn Bornhurst, RN-BC, BSN, CCTC

- Anne Gabriel, RN, BSN, CCTC, CPHQ, CMQ/OE

**APPROVALS:**

- J. L. Cohen, MD

    Surgical Director, Kidney Transplant

*These guidelines reflect current evidence based clinical practice.  However, they are not to be considered absolute and universal recommendations.  For individual patient application, these guidelines must be considered in light of the patient's clinical condition and latest evidence based care.*

Printed copies are for temporary reference only

| **POLICY** |  | **Effective Date: 05/29/2018**<br>**Last Review Date: 05/29/2018** |
|---|---|---|

**Title: Kidney Transplant Selection Policy**

**Home Department:  Full Department Name**

**IMPORTANT NOTICE:**
The official version of this document is contained in the Policy and Procedure Manager (PPM) and may have been revised since the document was printed.

- Stanley Jordan, MD

    Medical Director, Kidney Transplant

*These guidelines reflect current evidence based clinical practice.  However, they are not to be considered absolute and universal recommendations.  For individual patient application, these guidelines must be considered in light of the patient's clinical condition and latest evidence based care.*

Printed copies are for temporary reference only