# EXHIBIT 18



**POLICY**

Cedars Sinai

**Effective Date: 07/17/2023**

**Title: Kidney Transplant Evaluation Policy**

**Home Department:  Comprehensive Transplant Center**

| IMPORTANT NOTICE: |
| :---: |
| The official version of this document is contained in the Policy and Procedure Manager (PPM) and may have been revised since the document was printed. |

## OVERVIEW

The transplant evaluation process involves a multidisciplinary transplant team, led by a physician, consisting of transplant physicians, transplant surgeons, transplant coordinators, social workers, dietitians, financial coordinators, and pharmacists (if needed).  Additional workup with subspecialty physicians may be required depending upon the patient's medical needs and at the discretion of the physician/surgeon.

Assessment of medical, surgical, financial, nutritional, and psychosocial factors will be conducted as a mechanism to determine transplant candidacy.

## PROCEDURE

1.  Routine Consultations to include the following:

    a.  Clinical Program RN Coordinator

    b.  Licensed Clinical Social Worker (LCSW)

    c.  Transplant Physician

    d.  Transplant Surgeon

    e.  Financial Coordinator

    f.  Dietitian

    g.  Additional elective consultants may be required:

    -   Anesthesia

    -   Cardiology

    -   Endocrinology

    -   Gastroenterology

    -   Gynecology

    -   Hematology/Oncology

    -   Hepatology

    -   Infectious Disease

*These guidelines reflect current evidence based clinical practice.  However, they are not to be considered absolute and universal recommendations.  For individual patient application, these guidelines must be considered in light of the patient's clinical condition and latest evidence-based care.*

**Page 1 of 4**

Printed copies are for temporary reference only

**CMSC 500001**

| | | |
|---|---|---|
| **POLICY** |  Cedars Sinai | **Effective Date:** 07/17/2023 |

**Title: Kidney Transplant Evaluation Policy**

**Home Department:  Comprehensive Transplant Center**

**IMPORTANT NOTICE:**
The official version of this document is contained in the Policy and Procedure Manager (PPM) and may have been revised since the document was printed.

- Neurology
- Pain Management
- Pharmacy
- Psychiatry
- Pulmonary
- Rheumatology
- Urology
- Vascular
- Other consults as deemed necessary by the team

2.  Routine Lab Tests:

a.  Blood type and screen (x2)

b.  CBC/Diff, Platelet

c.  CMP (patients not on dialysis)

d.  Infectious disease screening

- CMV IgG/IgM
- Hepatitis B surface antibody, Hepatitis B surface antigen, Hepatitis B core antibody, Hepatitis C antibody
- HIV
- EBV IgG/IgM
- RPR
- Varicella titers
- QuantiFERON TB Gold/PPD skin test
- Further elective testing may be required depending upon the results of the above

e.  LFT's (patients on dialysis)

f.  PSA (males $\geq$ 40 yr.)

*These guidelines reflect current evidence based clinical practice.  However, they are not to be considered absolute and universal recommendations.  For individual patient application, these guidelines must be considered in light of the patient's clinical condition and latest evidence-based care.*

Printed copies are for temporary reference only

**CMSC 500002**

| POLICY |  Cedars Sinai | Effective Date: 07/17/2023 |
|---|---|---|

**Title: Kidney Transplant Evaluation Policy**

**Home Department:  Comprehensive Transplant Center**

**IMPORTANT NOTICE:**
The official version of this document is contained in the Policy and Procedure Manager (PPM) and may have been revised since the document was printed.

g.  Tissue typing

h.  Panel Reactive Antibodies (PRA)

i.  Elective testing if medically indicated may include but is not limited to:

- Angiotensin 1 receptor (AT1r)
- C-peptide
- Cyto Flow Cytometry (CFC)
- HgB A1C
- Hypercoagulability studies
- SUPAR

3.  Routine Tests:

a.  Chest X-ray

b.  Colonoscopy if over the age of 50 or per the national guidelines
http://caonline.amcancersoc.org/cgi/reprint/56/3/143

c.  EKG

d.  Height/weight

e.  Mammogram (females $\geq$ 40)

f.  Nuclear medicine cardiac stress test if over the age of 50 or longstanding diabetes or cardiac history

- Patients over 50 years old
- Diabetics over 40 years old
- All pancreas candidates

g.  PAP if female (per American Cancer Society Guidelines)
http://caonline.amcancersoc.org/cgi/content/full/52/6/342

h.  Renal ultrasound for all patients on dialysis $\geq$ 4 years

i.  Current vaccination record to include, but not limited to:

*These guidelines reflect current evidence based clinical practice.  However, they are not to be considered absolute and universal recommendations.  For individual patient application, these guidelines must be considered in light of the patient's clinical condition and latest evidence-based care.*

Printed copies are for temporary reference only

**CMSC 500003**

| POLICY |  Cedars Sinai | Effective Date: 07/17/2023 |
|---|---|---|

**Title: Kidney Transplant Evaluation Policy**

**Home Department:  Comprehensive Transplant Center**

**IMPORTANT NOTICE:**
The official version of this document is contained in the Policy and Procedure Manager (PPM) and may have been revised since the document was printed.

- Shingrix Shingles vaccine for patients $\geq$ 55
- Pneumovax
- Varicella vaccine if Varicella zoster negative
- Hepatitis B if Hep B naïve – Hep B surface antibody negative
- Covid-19 vaccine is strongly recommended

j.  Elective testing if medically indicated may include but is not limited to:
- Cardiac Catheterization/coronary angiogram
- Echocardiogram
- Pulmonary function test
- Additional imaging Studies

**ATTACHMENTS:**
- CTC Psychosocial Evaluation Tool
- Nutrition Assessment
- Nutritional Screening Tool
- Caregiver Agreement Tool

*These guidelines reflect current evidence based clinical practice.  However, they are not to be considered absolute and universal recommendations.  For individual patient application, these guidelines must be considered in light of the patient's clinical condition and latest evidence-based care.*

Printed copies are for temporary reference only

**CMSC 500004**