# EXHIBIT 2

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

ANTHONY RANDALL, ) CASE NO. 2:23-CV-02576-MEMF
) (MAAX)
PLAINTIFF, )
)
vs. )
)
UNITED NETWORK FOR ORGAN )
SHARING,; CEDARS-SINAI )
MEDICAL CENTER )
)
DEFENDANT. )
__________________________)

VIDEOTAPED DEPOSITION OF IRENE KIM, M.D.

MONDAY, MARCH 10, 2025

FILE CA 7226678

REPORTED BY MARK McCLURE, CRR
CAL CSR 12203

don't -- I can't think, off the top of my head, what we meant by that statement. 11:42:14 11:42:19

Q. Could it have been that patients didn't know that the race-based coefficient was being used? 11:42:20 11:42:24

A. I cannot comment on that. 11:42:27

Q. Possible, though, right? 11:42:32

MR. KARDASSAKIS: Objection. 11:42:34

MR. BLOUIN: Join. 11:42:37

BY MR. LAIOLO:

Q. Dr. Kim? 11:42:42

A. I cannot answer that. 11:42:42

Q. You were chair of the minority affairs committee, correct, Dr. Kim? 11:42:46 11:42:49

A. Yes. 11:42:51

Q. It's your testimony today that you can't answer whether a lack of transparency with patients during shared decisionmaking could refer to those patients not knowing about the race-based coefficient being applied to their scores? 11:42:54 11:42:57 11:43:00 11:43:03 11:43:06

MR. KARDASSAKIS: Objection. 11:43:08

THE WITNESS: I will not answer in that form of that question or that statement. 11:43:11 11:43:13

BY MR. LAIOLO:

Q. Okay. "Barriers in racial disparities involved in preemptive wait listing and decreased donor 11:43:18 11:43:23

kidney transplant." 11:43:31
What does that mean? 11:43:33
A. This refers to the OPTN policy in which one mechanism for a patient can be listed for a kidney transplant. So some patients are listed via the dialysis initiation date route, and other patients are listed based on when their GFR falls below 20 or so, called preemptive listing. 11:43:34 11:43:42 11:43:45 11:43:52 11:43:58 11:44:06
Q. And the concern here was that a consequence of using race-based coefficient would create some sort of racial disparity or exacerbate a racial disparity in preemptive transplant listing for Black patients. 11:44:09 11:44:13 11:44:18 11:44:22
Is that fair? 11:44:27
MR. BLOUIN: Objection. 11:44:28
THE WITNESS: The accuracy of the equation was -- of the equations used were the best at the time, and there were concerns that because these equations are based on race, which is a social construct, that preemptive listing time could be impacted. 11:44:30 11:44:36 11:44:40 11:44:46 11:44:50
BY MR. LAIOLO:
Q. Dr. Kim, out of these potential consequences mentioned in the meeting notes here, you didn't mention any of these in your report, did you? 11:44:57 11:45:00 11:45:05
A. Can we go back to my report? 11:45:08
I think I do mention several of these. 11:45:12

A. Okay.
Q. Okay. If says: "Laboratory documentation from Kaiser Permanente was shared with Cedars-Sinai demonstrating Mr. Randall had an estimated glomerular filtration rate (eGFR) of 18 mL/min/1.73 m2." 14:22:42 14:22:43 14:22:47 14:22:51
Did I read that correctly? 14:22:58
A. Yes. 14:22:59
Q. And it says: "The lab report that Kaiser provided to Cedars-Sinai with this result does not state the method Kaiser used to calculate this eGFR." 14:23:01 14:23:03 14:23:08
Is that correct? 14:23:11
A. I would have to verify that, but looking at this sheet, that was my conclusion when writing this report. 14:23:14 14:23:17 14:23:20
Q. So whoever reviewed this result at Cedars-Sinai, it's your position, would not know whether the race-based coefficient was applied to this score, correct? 14:23:22 14:23:26 14:23:30 14:23:33
A. Correct. 14:23:33
Q. They wouldn't know whether it was the CKD-EPI or the MDRD that was used to get this score, true? 14:23:36 14:23:39
A. Well, from our viewpoint, as a transplant center, we are just seeing that this GFR is a qualifying GFR for kidney transplant listing. 14:23:43 14:23:47 14:23:52
Q. Okay. 14:23:57

A. That's all we care about. 14:23:57

MR. LAIOLO: I have no further questions at this time. 14:24:00 14:24:01

THE WITNESS: Great.

MR. LAIOLO: Did you have any questions?

MR. KARDASSAKIS: I do not. Thank you.

MR. LAIOLO: I think we are done. 14:24:12

VIDEOGRAPHER: We are off the record at 2:24 p.m. This concludes today's testimony given by Irene K. Kim, M.D. The total number of media used was four, and will be retained by Veritext Legal Solutions. 14:24:29 14:24:32 14:24:36 14:24:39

Thank you. 14:24:42

(The proceedings concluded at 2:24 p.m.)

--oOo--

STATE OF CALIFORNIA )
COUNTY OF SANTA BARBARA ) SS.

I, Mark McClure, C.S.R. No. 12203, in and for the State of California, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to typewriting under my direction, and the same is a true, correct, and complete transcript of said proceedings;

That if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript { } was {X} was not required.

I further certify that I am not interested in the event of the action.

Witness my hand this 12th day of March, 2025.

Certified Shorthand Reporter
State of California
CSR No. 12203