UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY RANDALL,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED NETWORK FOR ORGAN SHARING; CEDARS-SINAI MEDICAL CENTER,<br><br>Defendants. | Case No. 2:23-cv-02576-MEMF-MBKx<br><br>The Hon. Maame Ewusi-Mensah Frimpong, Ctrm.: 8B<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER APPROVING PLAINTIFF'S CLASS NOTICE PLAN AND EXTENDING THE CLASS NOTICE AND OPT-OUT DEADLINES [DKT. NO. 289]** |

**ORDER**

Having considered Plaintiff Anthony Randall's *Ex Parte* Application for an Order Ruling on Plaintiff's Class Notice Plan and Extending the Class Notice and Opt-Out Deadlines, the supporting declaration, the records and files of this action, and good cause appearing therefor, the Court hereby **GRANTS** the Application.

1. The deadline to complete dissemination of the class notice, set by ECF No. 261 ¶ 1.d, is extended to Thursday, September 3, 2026.

2. The deadline for class members to opt out, set by ECF No. 261 ¶ 1.e, is extended to Thursday, October 15, 2026.

3. The UC Regents are ordered to provide Plaintiff's counsel with contact information for class members in their possession.

4. This Court's ruling on Randall's class notice will issue separately.

It is so **ORDERED**.



DATED: August 13, 2026.

The Hon. Maame Ewusi-Mensah Frimpong