UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY RANDALL,<br>Plaintiff,<br>vs.<br>UNITED NETWORK FOR ORGAN SHARING; CEDARS-SINAI MEDICAL CENTER,<br>Defendants. | Case No. 2:23-cv-02576-MEMF-MBKx<br>The Hon. Maame Ewusi-Mensah Frimpong, Ctrm.: 8B<br>**ORDER GRANTING PLAINTIFF'S CLASS NOTICE PLAN [DKT. NO. 282]** |

**ORDER**

Before this Court is Randall's proposed Class Notice Plan and Proposed Class Notice, Dkt. No. 282, to which Defendants stipulate.

Finding good cause therefor, the Court hereby APPROVES the Plan and Class Notice and ORDERS that the class notice and exclusion forms be distributed as described in the Notice. The Court finds that the form and content of the notice form, and the notice plan proposed by Randall, constitutes the best notice practicable under the circumstances.

It is so **ORDERED**.

DATED: August 14, 2026.

The Hon. Maame Ewusi-Mensah Frimpong